# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER HARPER,<br><br>Defendant. | 8:18CR228<br><br>AMENDED PRELIMINARY ORDER OF FORFEITURE |

This matter is before the before the Court on the United States of America's Motion for Amended Preliminary Order of Forfeiture, ECF No. 54. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. The United States informs the Court that the amount of currency seized from defendant and subject to forfeiture to be forfeited is in the amount of $4,383.00, which is one dollar more than the amount erroneously included in the plea agreement, the motion for preliminary order of forfeiture and the preliminary order of forfeiture.

2. The Motion for Amended Preliminary Order of Forfeiture will be granted.

IT IS ORDERED:

A. The Motion for Amended Preliminary Order of Forfeiture, ECF No. 54, is hereby granted.

B. Defendant's interest in the $4,383.00 U.S. currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

C. The United States shall hold the currency in its secure custody and control.

D. Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency.

E. Pursuant to 21 U.S.C. § 853(n)(2), such notice shall provide that any person, other than the defendant, having or claiming a legal interest in any of the property must file a petition with this Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

G. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 31st day of July, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge